UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JULIANA MILENA OJEDA MONTOYA | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Civil No. 2:25-cv-00558-SDN<br>)<br>) |
| KEVIN JOYCE, et al., | )<br>) |
| Respondents. | ) |

## JUDGMENT

In accordance with the Order Granting Release entered by U.S. District Judge, Stacey D. Neumann on November 10, 2025, and the subsequent status report filed by Respondents on January 8, 2026;

The Petition for Writ of Habeas Corpus is granted.

ERIC M. STORMS
ACTING CLERK

Dated: January 9, 2026        By: /s/ Michelle Thibodeau
                                  Deputy Clerk